# EXHIBIT 5

**Claim Chart for U.S. Patent No. 10,803,435**

| Claim Element | Express Pay |
|---|---|
| 1[pre] A method of converting a mobile phone into a mobile point-of-sale device, the method comprising: | To the extent the preamble is limiting, BJ's[1] practices a method of converting a mobile phone into a mobile point-of-sale device.<br><br>**What is ExpressPay?**<br><br>ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!<br><br>• ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.<br>• Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.<br>• Paper coupons are not available.<br>• ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.<br>• ExpressPay does not have a feature to allow the member to print a copy of their receipt.<br><br>https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,majority%20of%20club%20locations%20however%2C%20participation%20may%20vary. |

---

[1] "BJ's," as used in these claim charts, encompasses BJ's servers and/or associated equipment, and/or BJ's users, such as BJ's customers and others that are directed, controlled, and/or instructed to interact with the BJ's mobile app.

**Claim Chart for U.S. Patent No. 10,803,435**



https://www.bjs.com/content?template=B&espot_main=expresspay.

<u>**Claim Chart for U.S. Patent No. 10,803,435**</u>



**Shop**
Download the BJ's App
& select "In-Club Mode".

**Scan**
Scan your item's barcode
& add it to your cart.

**Checkout**
Pay on the app & show
your code on the way out.

*Id.*

| | |
|---|---|
| 1[a] executing a mobile self-checkout application on the mobile phone, the mobile self-checkout application allowing a user of the mobile phone to select items in a store and tender payment for the selected items via a user interface rendered by the mobile self-checkout application on a display of the mobile phone; | BJ's "execut[es] a mobile self-checkout application on the mobile phone, the mobile self-checkout application allowing a user of the mobile phone to select items in a store and tender payment for the selected items via a user interface rendered by the mobile self-checkout application on a display of the mobile phone." *See* evidence cited in connection with 1[pre]. |
| 1[b] initiating a session between the mobile phone and a server, the session managed by a session manager; | On information and belief, BJ's "initiat[es] a session between the mobile phone and a server, the session managed by a session manager." |

**Claim Chart for U.S. Patent No. 10,803,435**



https://www.bjs.com/content?template=B&espot_main=expresspay.

**Claim Chart for U.S. Patent No. 10,803,435**

```
{key:"fetchExpressPayCheckout",value:
    function(e,t){
        var r,n,a,s;
        return d.default.async(function(i){
            for(;;)
                switch(i.prev=i.next){
                case 0:
                    if(r=null==W.App?void 0:W.App.store){i.next=4;break}return console.log('App store is not
                        initialized - BJsApiDataSource
                        (fetchExpressPayCheckout)'),i.abrupt("return",Promise.reject(new Error('App store is not
                        initialized')));
                case 4:
                    return i.next=6,d.default.awrap(M.retrieveExPayToken(e.clubId,t));
                case 6:
                    return n=i.sent,i.next=9,d.default.awrap(this.bjsApiWrapper(
                        this.bjsClient,'post','v1.0/expay/order',e,
                        {headers:{Authorization:n}}));
                case 9:
                    if((a=i.sent).data&&'failed'!==a.data.audit){
                        i.next=12;break}return i.abrupt("return",Promise.reject());
                case 12:
                    return s=r.getState().killSwitches.enableCVVCheck,i.abrupt(
                        "return",N.default.expressPayCheckout(a.data,s));
                case 14:
                case"end":
                    return i.stop()}},null,this)
        }
}
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.

**Claim Chart for U.S. Patent No. 10,803,435**

```
retrieveExPayToken=function(t,n){
    var u,s,c,E;
    return o.default.async(function(_){
    for(;;)
        switch(_.prev=_.next){
            case 0:
                return _.next=2,o.default.awrap(Promise.all([T(n),x(n),I(n)]).catch(function(t){
                    return console.log('Error fetching express pay token status: ',t)}));
            case 2:
                if(!(u=_.sent)||!u[0]||u[1]||u[2]!==t){_.next=7;break}return _.abrupt("return",u[0]||'');
            case 7:
                return(c=null==l.default?void 0:null==(s=l.default.store)
                    ?void 0:s.dispatch)?c({type:n?f.END_BNPL_SESSION:f.END_EXPRESS_PAY_SESSION}):
                    console.log('App store is not initialized - expressPayTokenManager
                    (retrieveExPayToken)'),_.next=11,o.default.awrap(B(t,n).catch(function(t){
                        return console.log('Error creating express pay session token: ',t)}));
            case 11:
                return E=_.sent,_.abrupt("return",E||'');
            case 13:
            case"end":
                return _.stop()}
        }
    )
}
```

*Id.*

*See also* evidence cited in connection with 1[pre].

| | |
|---|---|
| 1[c] rendering the user interface on a display of the mobile device by the mobile self-checkout application; | BJ's "render[s] the user interface on a display of the mobile device by the mobile self-checkout application."<br><br>For example, the user interface on the display of an iPhone is shown below. |

**Claim Chart for U.S. Patent No. 10,803,435**



https://www.bjs.com/content?template=B&espot_main=expresspay.

**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | 

*Id.* |
| 1[d] in response to selection of a scanning function via the user interface, activating an imaging device of the mobile phone to capture | BJ's, "in response to selection of a scanning function via the user interface, activat[es] an imaging device of the mobile phone to capture identification information associated with a physical object."

For example, in "In-Club Mode" in the BJ's mobile app, the customer can select "ExpressPay": |

<u>**Claim Chart for U.S. Patent No. 10,803,435**</u>

| | |
|---|---|
| identification information associated with a physical object; |  https://www.bjs.com/content?template=B&espot_main=expresspay. <br><br> When the user selects "ExpressPay," the camera of the mobile device is activated to capture identification information associated with a product: |

Claim Chart for U.S. Patent No. 10,803,435



*Id.*

**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | ```onBarCodeRead=function(t){
    if(l.scanFunction('pauseScanning'),t){
        var n=A(t);
        l.state.showPdpModal||w.commerceDataSource.
        fetchExpressPayProduct(n.requestUPC,l.props.clubId,'scanned').
            then(function(t){
                var n=t.name.split(','),o='';
                n.length>1&&(o=n[1].replace(/^\s+/g,''));
                var s,c=n[0];
                s={image:t.image,price:t.price,quantity:o,name:c},
                w.commerceDataSource.fetchProductIndex({keyword:t.articleId}).
                    then(function(n){l.checkForPdpDisplay(n.total,t.articleId,s)})
                    .catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})})}).
        catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})}```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[e] activating a radio transmitter of the mobile phone to transmit the captured identification information associated with the physical object to the server executing a virtual terminal sales application; | On information and belief, BJ's "activat[es] a radio transmitter of the mobile phone to transmit the captured identification information associated with the physical object to the server executing a virtual terminal sales application."<br><br>For example, the mobile phone's radio transmitter transmits the captured product identification information to the server executing a virtual terminal sales application: |

<u>Claim Chart for U.S. Patent No. 10,803,435</u>



https://www.bjs.com/content?template=B&espot_main=expresspay.

**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at [https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs](https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs). |
| 1[f] receiving, by the mobile phone, item information associated with the physical object from the server; | On information and belief, BJ's "receiv[es], by the mobile phone, item information associated with the physical object from the server."<br><br>For example, the mobile phone receives item information from a scanned item: |

**Claim Chart for U.S. Patent No. 10,803,435**



<u>Claim Chart for U.S. Patent No. 10,803,435</u>

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>```javascript<br>function(){<br>    var t=s.props.expressPay,o=t.cartCount,n=t.cartTotal;<br>    if(!o||'0.00'===n||s.state.isLoading)<br>        return null;var l='$'+n;<br>        return C.default.createElement(<br>            h.View,{style:B.default.footer},<br>            C.default.createElement(<br>                h.View,{style:B.default.checkoutButtonContainer},<br>                C.default.createElement(<br>                    h.Text,{style:B.default.footerTotal},'Total: '+l),<br>                    C.default.createElement(<br>                        x.default,{title:'EXPRESSPAY CHECKOUT',onPress:s.openCheckCartModal,<br>                        style:B.default.checkoutButton,titleStyle:B.default.checkoutButtonTitle})}<br>```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[g] generating, by the mobile phone, a virtual shopping cart to save the item information associated with the physical object; | On information and belief, BJ's "generat[es], by the mobile phone, a virtual shopping cart to save the item information associated with the physical object."<br><br>For example, the mobile phone generates a virtual shopping cart to save the item information associated with the item: |

**Claim Chart for U.S. Patent No. 10,803,435**



<u>Claim Chart for U.S. Patent No. 10,803,435</u>

| | |
|---|---|
| | [https://www.bjs.com/content?template=B&espot_main=expresspay](https://www.bjs.com/content?template=B&espot_main=expresspay).<br><br>```<br>function(){<br>    var t=s.props.expressPay,o=t.cartCount,n=t.cartTotal;<br>    if(!o||'0.00'===n||s.state.isLoading)<br>        return null;var l='$'+n;<br>        return C.default.createElement(<br>            h.View,{style:B.default.footer},<br>            C.default.createElement(<br>                h.View,{style:B.default.checkoutButtonContainer},<br>                C.default.createElement(<br>                    h.Text,{style:B.default.footerTotal},'Total: '+l),<br>                    C.default.createElement(<br>                        x.default,{title:'EXPRESSPAY CHECKOUT',onPress:s.openCheckCartModal,<br>                        style:B.default.checkoutButton,titleStyle:B.default.checkoutButtonTitle})}}<br>```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at [https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs](https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs). |
| 1[h] adding the item information of the physical object to the virtual shopping cart to maintain the order; | On information and belief, BJ's "add[s] the item information of the physical object to the virtual shopping cart to maintain the order."<br><br>For example, the item information is added to the virtual shopping cart: |

**Claim Chart for U.S. Patent No. 10,803,435**



**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>```<br>function(){<br>    var t=s.props.expressPay,o=t.cartCount,n=t.cartTotal;<br>    if(!o||'0.00'===n||s.state.isLoading)<br>        return null;var l='$'+n;<br>        return C.default.createElement(<br>            h.View,{style:B.default.footer},<br>            C.default.createElement(<br>                h.View,{style:B.default.checkoutButtonContainer},<br>                C.default.createElement(<br>                    h.Text,{style:B.default.footerTotal},'Total: '+l),<br>                C.default.createElement(<br>                    x.default,{title:'EXPRESSPAY CHECKOUT',onPress:s.openCheckCartModal,<br>                    style:B.default.checkoutButton,titleStyle:B.default.checkoutButtonTitle})}<br>```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.<br><br>```<br>goToCart=function(){<br>    p.props.navigator.push({<br>        component:{name:'ExpressPayCart',options:{topBar:{title:{text:'Cart'}}},<br>            passProps:{onModalClose:function(){<br>                return p.scanFunction('startScanning')}<br>            }<br>        }<br>    }).catch(Q.noop)<br>}<br>```<br><br>*Id.* |
| 1[i] receiving instructions via the user interface of the mobile self-checkout application to check out, receiving, by the server, payment information to complete a transaction for the order in response to selection of a checkout | On information and belief, an BJ's user "receiv[es] instructions via the user interface of the mobile self-checkout application to check out, receiving, by the server, payment information to complete a transaction for the order in response to selection of a checkout function via the user interface."<br><br>For example, the customer receives instructions via the user interface of the mobile self-checkout application to check out: |

**Claim Chart for U.S. Patent No. 10,803,435**

| function via the user interface; |  | |

## Claim Chart for U.S. Patent No. 10,803,435

| |
|---|
| https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>BJ's then receives, by the server, payment information to complete a transaction for the order in response to selection of a checkout function via the user interface:<br><br>**What is ExpressPay?**<br><br>ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!<br><br>• ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.<br>• Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.<br>• Paper coupons are not available.<br>• ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.<br>• ExpressPay does not have a feature to allow the member to print a copy of their receipt.<br><br>https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,majority%20of%20club%20locations%20however%2C%20participation%20may%20vary. |

Claim Chart for U.S. Patent No. 10,803,435



**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>This is also shown by BJ's source code:<br><br>```\nexpressPayCheckout:function(t,n){\n    return t.order.orderItems&&t.order.orderItems.length&&t.order.orderItems.\n    forEach(function(t){\n        t.image=(0,b.getSingleImage)(t.articleId)}),O({},t.order,\n        {promoErrors:t.promoErrors,total:t.order.amount&&t.order.amount.toFixed(2)\n        ||'----',enableCVVCheck:n}))}\n```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.<br><br>```\nfunction(t){\n    return n.default.async(function(o){\n        for(;;)\n            switch(o.prev=o.next){\n                case 0:\n                    if(!t){o.next=7;break}return o.next=3,\n                    n.default.awrap(s.props.fetchSavedCCs().\n                    catch(function(t){\n                        return console.log('Error fetching saved payments for Express Pay: ',t)\n                    }));\n                case 3:\n                    s.props.navigator.push({component:{name:'ExpressPayCheckout'}}).\n                    catch(_),s.setState({isLoading:!1}),o.next=9;break;\n                case 7:\n                    s.setState({isLoading:!1}),s.displayCheckoutFailure();\n                case 9:case"end":return o.stop()}})}\n```<br><br>*Id.* |
| 1[j] completing, by the server, the transaction for the order based on the payment information; and | On information and belief, BJ's "complet[es], by the server, the transaction for the order based on the payment information."<br><br>For example, the BJ's mobile app displays a QR Code once the transaction for the order is complete: |

**Claim Chart for U.S. Patent No. 10,803,435**



**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay. |
| 1[k] transmitting, by the server, receipt information to the mobile phone in response to completion of payment for the order; | On information and belief, BJ's "transmit[s], by the server, receipt information to the mobile phone in response to completion of payment for the order."<br><br>For example, the BJ's mobile app displays a QR Code once the transaction for the order is complete: |

**Claim Chart for U.S. Patent No. 10,803,435**



**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>```\nfunction(t){\n    var o=this;\n    t.expressPay.receiptDetails!==this.props.expressPay.receiptDetails&&\n    this.props.expressPay.receiptDetails&&'N'===\n        this.props.expressPay.receiptDetails.scanStatus.gateApproved&&\n    (\n        this.props.addActiveReceiptId(this.props.receiptId),this.props.expressPay&&\n        this.props.expressPay.receiptDetails&&\n        this.props.expressPay.receiptDetails.scanStatus.QRCode&&\n        (0,O.startQRCodeSession)().\n            then(function(t){\n                o.setState({previousScreenBrightness:t})}).\n                catch(function(t){\n                    return console.log('error fetching current brightness: ',t)}\n                )\n    )\n```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[l] rendering, by the mobile phone on the display, the receipt information in a machine-readable element; and | BJ's "render[s], by the mobile phone on the display, the receipt information in a machine-readable element."<br><br>For example, the BJ's mobile app displays a machine-readable element (i.e., QR Code) once the transaction for the order is complete: |

27

**Claim Chart for U.S. Patent No. 10,803,435**



**Claim Chart for U.S. Patent No. 10,803,435**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay. |
| 1[m] optically scanning the machine-readable element rendered on the display of the mobile phone, by an optical scanning machine in communication with the server, to confirm completion of payment for the order. | BJ's "optically scan[s] the machine-readable element rendered on the display of the mobile phone, by an optical scanning machine in communication with the server, to confirm completion of payment for the order."<br><br>For example, the BJ's mobile app displays a machine-readable element (i.e., QR Code) once the transaction for the order is complete: |

**Claim Chart for U.S. Patent No. 10,803,435**



<u>**Claim Chart for U.S. Patent No. 10,803,435**</u>

<https://www.bjs.com/content?template=B&espot_main=expresspay>.

A BJ's employee then optically scans the QR Code rendered on the display of the mobile phone, by an optical scanning machine in communication with the server, to confirm completion of payment for the order:

### Will I need to show a receipt before leaving the store? ⌄

A QR code is displayed on your device that will be scanned at the Front Door. After the QR code is scanned by the BJ's Front Door Team Member they will scan a number of items in your basket to validate that you have been charged appropriately.

*Id*.

## What is ExpressPay?



ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!

- ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.
- Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.
- Paper coupons are not available.
- ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.
- ExpressPay does not have a feature to allow the member to print a copy of their receipt.

https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,majority%20of%20club%20locations%20however%2C%20participation%20may%20vary.

**Claim Chart for U.S. Patent No. 10,803,435**