# EXHIBIT 6

**Claim Chart for U.S. Patent No. 10,121,133**

| Elements | Express Pay |
|---|---|
| 1[pre] A method for purchasing an item using a mobile device comprising: | To the extent the preamble is limiting, BJ's[1] practices a method for purchasing an item using a mobile device. <br><br> **What is ExpressPay?** <br><br> ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it! <br><br> • ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode. <br> • Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery. <br> • Paper coupons are not available. <br> • ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires. <br> • ExpressPay does not have a feature to allow the member to print a copy of their receipt. <br><br> https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s, majority%20of%20club%20locations%20however%2C%20participation%20may%20vary. |

---

[1] "BJ's," as used in these claim charts, encompasses BJ's servers and/or associated equipment, and/or BJ's users, such as BJ's customers and others that are directed, controlled, and/or instructed to interact with the BJ's mobile app.

**Claim Chart for U.S. Patent No. 10,121,133**



https://www.bjs.com/content?template=B&espot_main=expresspay.

**Claim Chart for U.S. Patent No. 10,121,133**



*Id.*

| | |
|---|---|
| 1[a] executing a first application on a server; | On information and belief, BJ's "execut[es] a first application on a server." *See* evidence cited in connection with 1[pre]. |
| 1[b] receiving, on the server, from a mobile device, identification information for each item to be purchased in response to an interaction between a user and a user interface of the mobile device; | BJ's "receiv[es], on the server, from a mobile device, identification information for each item to be purchased in response to an interaction between a user and a user interface of the mobile device."<br><br>For example, in "In-Club Mode" in the BJ's mobile app, the customer can select "ExpressPay" (i.e., an interaction between a user and a user interface of the mobile device): |

**Claim Chart for U.S. Patent No. 10,121,133**



https://www.bjs.com/content?template=B&espot_main=expresspay.

When the user selects "ExpressPay," the camera of the mobile device is activated to capture identification information associated with an item to be purchased, which is then received by the server:

4

## Claim Chart for U.S. Patent No. 10,121,133



*Id.*

**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| | ```
onBarCodeRead=function(t){
    if(l.scanFunction('pauseScanning'),t){
        var n=A(t);
        l.state.showPdpModal||w.commerceDataSource.
        fetchExpressPayProduct(n.requestUPC,l.props.clubId,'scanned').
            then(function(t){
                var n=t.name.split(','),o='';
                n.length>1&&(o=n[1].replace(/^\s+/g,''));
                var s,c=n[0];
                s={image:t.image,price:t.price,quantity:o,name:c},
                w.commerceDataSource.fetchProductIndex({keyword:t.articleId}).
                    then(function(n){l.checkForPdpDisplay(n.total,t.articleId,s)})
                    .catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})})).
            catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})}
``` |
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[c] executing a second application on the server, in response to receiving the identification information for each item from the mobile device; | On information and belief, BJ's "execut[es] a second application on the server, in response to receiving the identification information for each item from the mobile device." *See* evidence cited in connection with 1[b].

```
onBarCodeRead=function(t){
    if(l.scanFunction('pauseScanning'),t){
        var n=A(t);
        l.state.showPdpModal||w.commerceDataSource.
        fetchExpressPayProduct(n.requestUPC,l.props.clubId,'scanned').
            then(function(t){
                var n=t.name.split(','),o='';
                n.length>1&&(o=n[1].replace(/^\s+/g,''));
                var s,c=n[0];
                s={image:t.image,price:t.price,quantity:o,name:c},
                w.commerceDataSource.fetchProductIndex({keyword:t.articleId}).
                    then(function(n){l.checkForPdpDisplay(n.total,t.articleId,s)})
                    .catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})})).
            catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})}
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |

**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| 1[d] creating, on the server, an order associated with the session including item information upon receiving, from the mobile device, the identification information for each item to be purchased as the identification information is received by the server; | On information and belief, BJ's "create[es], on the server, an order associated with the session including item information upon receiving, from the mobile device, the identification information for each item to be purchased as the identification information is received by the server."<br><br>For example, an order associated with the session is created and the mobile phone receives item information for each item to be purchased: |

## Claim Chart for U.S. Patent No. 10,121,133



**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| | https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br>```
onBarCodeRead=function(t){
    if(l.scanFunction('pauseScanning'),t){
        var n=A(t);
        l.state.showPdpModal||w.commerceDataSource.
        fetchExpressPayProduct(n.requestUPC,l.props.clubId,'scanned').
        then(function(t){
            var n=t.name.split(','),o='';
            n.length>1&&(o=n[1].replace(/^\s+/g,''));
            var s,c=n[0];
            s={image:t.image,price:t.price,quantity:o,name:c},
            w.commerceDataSource.fetchProductIndex({keyword:t.articleId}).
                then(function(n){l.checkForPdpDisplay(n.total,t.articleId,s)})
                .catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})}).
        catch(function(t){console.log('Error: ',t),l.handleNoDisplay()})}
```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[e] generating dynamically, on the server, a unique identifier representing the order; | BJ's "generat[es] dynamically, on the server, a unique identifier representing the order."<br><br>For example, BJ's generates a QR Code (i.e., a unique identifier representing the order). |

<u>**Claim Chart for U.S. Patent No. 10,121,133**</u>



https://www.bjs.com/content?template=B&espot_main=expresspay.

**<u>Claim Chart for U.S. Patent No. 10,121,133</u>**

<table>
<tr>
<td></td>
<td>

```
renderQRCode=function(){
    var t=n.props.bjsAccount.account,
    o=t.firstName||'',l=t.lastName||'',s=t.membershipNumber||'',
    u=n.props.receipt.scanStatus&&n.props.receipt.scanStatus.QRCode||'',
    c=o+' '+l,f='Membership #: '+s;return p.default.createElement(
        h.View,{style:I.default.qrCodeBox},
        p.default.createElement(h.View,{style:I.default.qrCodeHeader},
        p.default.createElement(h.Text,{style:I.default.qrCodeHeaderText},
        'Show this QR Code when youleave:')),
        p.default.createElement(h.View,{style:I.default.qrCodeImage},
        p.default.createElement(y.default,{value:u,size:150}))),
        p.default.createElement(h.Text,{style:I.default.qrCodeNumber},u),
        p.default.createElement(h.Text,{style:I.default.userName},c),
        p.default.createElement(h.Text,{style:I.default.memberNumber},f)
    )
}
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.
</td>
</tr>
<tr>
<td>1[f] storing the order including item information associated with the item and the dynamically generated unique identifier for the order, in a state container within the first application on the server, the item information being identified based on the identification information;</td>
<td>On information and belief, BJ's "stor[es] the order including item information associated with the item and the dynamically generated unique identifier for the order, in a state container within the first application on the server, the item information being identified based on the identification information." *See* evidence cited in connection with 1[e].</td>
</tr>
</table>

**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| 1[g] importing, by the second application, the order from the state container; | On information and belief, BJ's "import[s], by the second application, the order from the state container." *See* evidence cited in connection with 1[e]. |
| 1[h] transmitting the item information imported by the second application on the server to the mobile device, the item information being included in a virtual shopping cart that is (i) representative of the order stored on the server, (ii) accessible on the mobile device, and (iii) associated with an optical machine-readable representation dynamically generated by the mobile device to include the dynamically generated unique identifier encoded therein, the item information being kept in the virtual shopping cart for a predefined period of time, after which the item information is deleted; | On information and belief, BJ's "transmit[s] the item information imported by the second application on the server to the mobile device, the item information being included in a virtual shopping cart that is (i) representative of the order stored on the server, (ii) accessible on the mobile device, and (iii) associated with an optical machine-readable representation dynamically generated by the mobile device to include the dynamically generated unique identifier encoded therein, the item information being kept in the virtual shopping cart for a predefined period of time, after which the item information is deleted."<br><br>For example, BJ's includes item information in a virtual shopping car that is (i) representative of the order stored on the server, (ii) accessible on the mobile device, and (iii) associated with an optical machine-readable representation dynamically generated by the mobile device to include the dynamically generated unique identifier encoded therein: |

## Claim Chart for U.S. Patent No. 10,121,133



**Claim Chart for U.S. Patent No. 10,121,133**

https://www.bjs.com/content?template=B&espot_main=expresspay.



*Id.*

On information and belief, the item information is kept in the virtual shopping cart for a predefined period of time, after which the item information is deleted.

<u>**Claim Chart for U.S. Patent No. 10,121,133**</u>

| | |
|---|---|
| | *See also* evidence cited in connection with 1[e]. |
| 1[i] optically scanning, via an optical scanning machine of a point-of-sale terminal, the optical machine-readable representation displayed by the mobile device and corresponding to the order to extract and decode the unique identifier encoded in the optical machine-readable representation; | On information and belief, BJ's "optically scan[s], via an optical scanning machine of a point-of-sale terminal, the optical machine-readable representation displayed by the mobile device and corresponding to the order to extract and decode the unique identifier encoded in the optical machine-readable representation." <br><br> For example, the BJ's mobile app displays a machine-readable element (i.e., QR Code) once the transaction for the order is complete. The QR Code corresponds to the order: |

**Claim Chart for U.S. Patent No. 10,121,133**



**Claim Chart for U.S. Patent No. 10,121,133**

https://www.bjs.com/content?template=B&espot_main=expresspay.

A BJ's employee then optically scans, via an optical scanning machine of a point-of-sale terminal, the QR Code rendered on the display of the mobile phone to confirm completion of payment for the order:

**Will I need to show a receipt before leaving the store?**  ⌄

A QR code is displayed on your device that will be scanned at the Front Door.
After the QR code is scanned by the BJ's Front Door Team Member they will scan a number of items in your basket to validate that you have been charged appropriately.

*Id*.



## What is ExpressPay?

ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!

- ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.
- Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.
- Paper coupons are not available.
- ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.
- ExpressPay does not have a feature to allow the member to print a copy of their receipt.

https://www.bjs.com/help/what-is-express-pay-
/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,
majority%20of%20club%20locations%20however%2C%20participation%20may%20vary.

**Claim Chart for U.S. Patent No. 10,121,133**

<table>
<tr>
<td></td>
<td>

```
function(t){
    var o=this;
    t.expressPay.receiptDetails!==this.props.expressPay.receiptDetails&&
    this.props.expressPay.receiptDetails&&'N'===
        this.props.expressPay.receiptDetails.scanStatus.gateApproved&&
    (
        this.props.addActiveReceiptId(this.props.receiptId),this.props.expressPay&&
        this.props.expressPay.receiptDetails&&
        this.props.expressPay.receiptDetails.scanStatus.QRCode&&
        (0,0.startQRCodeSession)().
            then(function(t){
                o.setState({previousScreenBrightness:t})})).
            catch(function(t){
                return console.log('error fetching current brightness: ',t)}
            )
    )
}
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.
</td>
</tr>
<tr>
<td>1[j] transmitting the dynamically generated unique identifier from the point-of-sale terminal to the server to retrieve the order;</td>
<td>On information and belief, BJ's "transmit[s] the dynamically generated unique identifier from the point-of-sale terminal to the server to retrieve the order." *See* evidence cited in connection with 1[i].</td>
</tr>
<tr>
<td>1[k] importing, by the second application, the order using the dynamically generated unique identifier from the state container;</td>
<td>On information and belief, BJ's "import[s], by the second application, the order using the dynamically generated unique identifier from the state container."</td>
</tr>
</table>

**Claim Chart for U.S. Patent No. 10,121,133**

<table>
<tr>
<td></td>
<td>

```
{key:"componentDidMount",value:
    function(){
    var t=this,o=this.props.bjsAccount,n=o.isLoggedIn,l=o.account,
        s=this.props.expressPay.receipts;(0,P.updateGeoFence)().catch(b.noop},
        this.props.addActiveReceiptId(this.props.receipt.order.transId},
        (0,C.triggerAppReview)().catch(function(t){
            return console.log('Unable to prompt user for review: '+t)}),
        (0,x.startQRCodeSession)().then(function(o){
            return t.scanningSession=o)).catch(function(t){return console.log('error fetching current brightness
            ',t)}),this.props.fetchReceipts(n,1,s,!0).catch(function(t){
            return console.warn('error fetching receipts',t)});
            var l.membershipNumber,c=1.zipCode;u&&
                (this.props.actions.loadOffers(u,c),this.props.actions.loadRedeemedOffers(u,c))
        )
},
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs

*See also* evidence cited in connection with 1[i].

</td>
</tr>
<tr>
<td>

1[l] receiving the order from the second application on the server sever at the point-of-sale terminal in response to transmission of the unique identifier to the server;

</td>
<td>

On information and belief, BJ's "receiv[es] the order from the second application on the server sever at the point-of-sale terminal in response to transmission of the unique identifier to the server."

```
{key:"componentDidMount",value:
    function(){
    var t=this,o=this.props.bjsAccount,n=o.isLoggedIn,l=o.account,
        s=this.props.expressPay.receipts;(0,P.updateGeoFence)().catch(b.noop},
        this.props.addActiveReceiptId(this.props.receipt.order.transId},
        (0,C.triggerAppReview)().catch(function(t){
            return console.log('Unable to prompt user for review: '+t)}),
        (0,x.startQRCodeSession)().then(function(o){
            return t.scanningSession=o)).catch(function(t){return console.log('error fetching current brightness
            ',t)}),this.props.fetchReceipts(n,1,s,!0).catch(function(t){
            return console.warn('error fetching receipts',t)});
            var u=l.membershipNumber,c=1.zipCode;u&&
                (this.props.actions.loadOffers(u,c),this.props.actions.loadRedeemedOffers(u,c))
        )
},
```

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs

*See also* evidence cited in connection with 1[i].

</td>
</tr>
<tr>
<td>

1[m] completing, via the point-of-sale terminal, a transaction based on the order received by the

</td>
<td>

On information and belief, BJ's "complet[es], via the point-of-sale terminal, a transaction based on the order received by the point-of-sale terminal from the server."

</td>
</tr>
</table>

**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| point-of-sale terminal from the server; and | <pre>{key:"componentDidUpdate",value:
    function(t){
        var o=this;
        t.expressPay.receiptDetails!==this.props.expressPay.receiptDetails&&
        this.props.expressPay.receiptDetails&&'N'===
            this.props.expressPay.receiptDetails.scanStatus.gateApproved&&
        (
            this.props.addActiveReceiptId(this.props.receiptId),this.props.expressPay&&
            this.props.expressPay.receiptDetails&&
            this.props.expressPay.receiptDetails.scanStatus.QRCode&&
            (0,O.startQRCodeSession)().
                then(function(t){
                    o.setState({previousScreenBrightness:t})})).
                catch(function(t){
                    return console.log('error fetching current brightness: ',t)}
                )
        )
    )
}</pre>

BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs.

*See also* evidence cited in connection with 1[i]. |
| 1[n] generating, by the point-of-sale terminal, a receipt acknowledging completion of the transaction. | On information and belief, BJ's "generat[es], by the point-of-sale terminal, a receipt acknowledging completion of the transaction."<br><br><pre>{key:"componentDidUpdate",value:
    function(t){
        var o=this;
        t.expressPay.receiptDetails!==this.props.expressPay.receiptDetails&&
        this.props.expressPay.receiptDetails&&'N'===
            this.props.expressPay.receiptDetails.scanStatus.gateApproved&&
        (
            this.props.addActiveReceiptId(this.props.receiptId),this.props.expressPay&&
            this.props.expressPay.receiptDetails&&
            this.props.expressPay.receiptDetails.scanStatus.QRCode&&
            (0,O.startQRCodeSession)().
                then(function(t){
                    o.setState({previousScreenBrightness:t})})).
                catch(function(t){
                    return console.log('error fetching current brightness: ',t)}
                )
        )
    )
}</pre> |

**Claim Chart for U.S. Patent No. 10,121,133**

| | |
|---|---|
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| | *See also* evidence cited in connection with 1[i]. |