# EXHIBIT 7

# Claim Chart for U.S. Patent No. 10,368,187

| Claim Elements | Express Pay |
| --- | --- |
| 1[pre] A system for identifying available location-based services, the system comprising: | To the extent the preamble is limiting, BJ's[1] practices a system for identifying available location-based services.<br><br>**What is ExpressPay?**<br><br>ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!<br><br>• ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.<br>• Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.<br>• Paper coupons are not available.<br>• ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.<br>• ExpressPay does not have a feature to allow the member to print a copy of their receipt.<br><br>https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,majority%20of%20club%20locations%20however%2C%20participation%20may%20vary. |

---

[1] "BJ's," as used in these claim charts, encompasses BJ's servers and/or associated equipment, and/or BJ's users, such as BJ's customers and others that are directed, controlled, and/or instructed to interact with the BJ's mobile app.



https://www.bjs.com/content?template=B&espot_main=expresspay.

# Claim Chart for U.S. Patent No. 10,368,187

|  | |
|---|---|
| | **Shop** — Download the BJ's App & select "In-Club Mode".    **Scan** — Scan your item's barcode & add it to your cart.    **Checkout** — Pay on the app & show your code on the way out.<br><br>*Id*. |
| 1[a] a mobile application executable on a mobile computing device operated by a user; | BJ's system includes "a mobile application executable on a mobile computing device operated by a user." *See* evidence cited in connection with 1[pre]. |
| 1[b] a database storing one or more previously ordered services associated with the user, wherein the one or more previously ordered services are pending services that are not yet complete due to the services requiring an interaction of the user with a physical facility; | BJ's system includes "a database storing one or more previously ordered services associated with the user, wherein the one or more previously ordered services are pending services that are not yet complete due to the services requiring an interaction of the user with a physical facility."<br><br>For example, BJ's system has a database that stores one or more previously ordered services associated with the user (e.g., "Buy It Again"). The Buy It Again action is not yet complete due to the services requiring an interaction of the user with a physical facility (e.g., "Add to Cart"): |

**Claim Chart for U.S. Patent No. 10,368,187**



# Claim Chart for U.S. Patent No. 10,368,187

| | |
|---|---|
| | ```
fireCriteoOnViewBeacon:function(t){
    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
        then(function(){n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id})},
        console.info("Fired Criteo OnViewBeacon for "+t.title)}).
    catch(function(n){
        return console.error(n)})
    :console.warn(" Attempted to fire an analytics call to criteo, but\n
        there was no OnViewBeacon provided for this item.")
}
``` |
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[c] a plurality of location-specific computing devices located at a plurality of locations within a facility that are configured to use location-based wireless communication to transmit a code to the mobile application that identifies types of services available to be performed at a location of a location-specific computing device, at least one available service differing between two of the plurality of locations, wherein the available types of services are location-based services capable of being performed at a | On information and belief, BJ's system includes "a plurality of location-specific computing devices located at a plurality of locations within a facility that are configured to use location-based wireless communication to transmit a code to the mobile application that identifies types of services available to be performed at a location of a location-specific computing device, at least one available service differing between two of the plurality of locations, wherein the available types of services are location-based services capable of being performed at a location of a location-specific computing device."

For example, BJ's system includes location-specific computing devices located at a plurality of locations within a facility.

We, and our service providers, may automatically collect information from you or your devices while you visit or use BJ's Sites, BJ's WiFi, or our Clubs. For example, we might collect certain transaction-related information, your Internet Protocol ("IP") address, device information (for example, device identifiers, operating system and version, application version, language region, and time zone, among others), advertising identifiers, your general location, your browser type, the website that referred you to us, if any, the items you view or place in your shopping cart on BJ's Sites, and movement taken through BJ's Sites. We use a variety of technical methods to automatically collect information, including cookies, web beacons online, and in-store beacons in our Clubs. See the section titled "Information Collected Through Cookies and Web Beacons" below for more information about our online collection of information. |

| location of a location-specific computing device; |   Do I need to be on the BJ's network?  Members need to be connected using either their data plan or BJ's Club Wifi with their location services turned on for better access.  https://www.bjs.com/content?template=B&espot_main=expresspay. |
|---|---|

# Claim Chart for U.S. Patent No. 10,368,187

| | |
|---|---|
| | *Id.*<br><br>The location-specific computing devices within the BJ's facility are configured to use location-based wireless communication to transmit a code to the mobile application that identifies types of services available to be performed at a location of a location-specific computing device, at least one available service differing between two of the plurality of locations, wherein the available types of services are location-based services capable of being performed at a location of a location-specific computing device: |

Claim Chart for U.S. Patent No. 10,368,187



| | |
|---|---|
| | ```
fireCriteoOnViewBeacon:function(t){
    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
        then(function(){n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id}),
        console.info("Fired Criteo OnViewBeacon for "+t.title)}).
    catch(function(n){
        return console.error(n)})
    :console.warn(" Attempted to fire an analytics call to criteo, but\n
        there was no OnViewBeacon provided for this item.")
}
```<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[d] a machine-readable element configured to provide location information used in initiating performance of one or more available ordered services; and | BJ's system includes "a machine-readable element configured to provide location information used in initiating performance of one or more available ordered services." *See* evidence cited in connection with 1[c]. |
| 1[e] a server communicatively coupled to the database and the mobile application and hosting a services management framework configured to map the one or more previously ordered services to the one or more available types of services to determine one or more available ordered services at a location of a location- | BJ's system includes "a server communicatively coupled to the database and the mobile application and hosting a services management framework configured to map the one or more previously ordered services to the one or more available types of services to determine one or more available ordered services at a location of a location-specific computing device, wherein the one or more available ordered services are ordered services capable of being performed at a location of a location-specific computing device."<br><br>`case 16:return I.forEach(function(e){O.featuredProductsApiClient.get("https:"+e.OnLoadBeacon)})`<br><br>BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |

# Claim Chart for U.S. Patent No. 10,368,187

| | |
|---|---|
| specific computing device, wherein the one or more available ordered services are ordered services capable of being performed at a location of a location-specific computing device, | We, and our service providers, may automatically collect information from you or your devices while you visit or use BJ's Sites, BJ's WiFi, or our Clubs. For example, we might collect certain transaction-related information, your Internet Protocol ("IP") address, device information (for example, device identifiers, operating system and version, application version, language region, and time zone, among others), advertising identifiers, your general location, your browser type, the website that referred you to us, if any, the items you view or place in your shopping cart on BJ's Sites, and movement taken through BJ's Sites. We use a variety of technical methods to automatically collect information, including cookies, web beacons online, and in-store beacons in our Clubs. See the section titled "Information Collected Through Cookies and Web Beacons" below for more information about our online collection of information.<br><br>*See also* evidence cited in connection with 1[c]. |
| 1[f] wherein the mobile application is configured to:<br><br>receive a code from a first location-specific computing device of the plurality of location-specific computing devices; | The mobile application of BJ's system is configured to "receive a code from a first location-specific computing device of the plurality of location-specific computing devices."<br><br>For example, this is shown by BJ's source code: |

```
__d(function(g,r,i,a,m,e,d){
    var n=r(d[0]);Object.defineProperty(e,"__esModule",{value:!0}),
    e.default=function(n){return(0,o.connect)(f,l)(n)};
    var t=n(r(d[1])),o=r(d[2]),c=r(d[3]),u=r(d[4]);
    function f(n){
        return{criteo:n.criteo}}
        function l(n){
            return{
                updateCriteoBeacons:function(){
                    console.log('MAPPED DISPATCH TO PROPS')},
                fireRedirectCriteoOnClickBeacon:function(n){
                    return n.productPage?u.bjsApiDataSource.fireCriteoEvent(n.productPage).
                        then(function(){return console.info("Fired Criteo ProductPage for "+n.title)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no productPage/ OnClickBeacon provided for this item.")
                },
                fireCriteoOnClickBeacon:function(n){
                    return n.OnClickBeacon?u.bjsApiDataSource.fireCriteoEvent(n.OnClickBeacon).
                        then(function(){
                            return console.info("Fired Criteo OnClickBeacon for "+n.title)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no productPage/ OnClickBeacon provided for this item.")
                },
                fireOrderConfirmationBeacon:function(n){
                    return t.default.async(function(t){
                        for(;;){
                            switch(t.prev=t.next){
                                case 0:return t.abrupt("return",u.bjsApiDataSource.fireCriteoConfirmationPageView(n).
                                    catch(function(n){return console.error(n)}));
                                case 1:case"end":return t.stop()
                            }
                        }
                    })
                },
                fireCriteoOnViewBeacon:function(t){
                    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
                        then(function(){
                            n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id}),
                            console.info("Fired Criteo OnViewBeacon for "+t.title)
                        }).
                        catch(function(n){
                            return console.error(n)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no OnViewBeacon provided for this item.")
                }
            }
        }
    },
4309,[3,8,634,4256,3413]);
```

| | |
|---|---|
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[g] identify one or more available types of | The mobile application of BJ's system is configured to "identify one or more available types of services based on the code." *See* evidence cited in connection with 1[f]. |

| | |
|---|---|
| services based on the code; | |
| 1[h] transmit, to the services management framework, the identification of the one or more available types of services and user authentication data; | The mobile application of BJ's system is configured to "transmit, to the services management framework, the identification of the one or more available types of services and user authentication data." *See* evidence cited in connection with 1[f]. |
| 1[i] receive an indication from the services management framework of the one or more available ordered services; | The mobile application of BJ's system is configured to "receive an indication from the services management framework of the one or more available ordered services." *See* evidence cited in connection with 1[f]. |
| 1[j] decode the machine-readable element to decode location information; and | The mobile application of BJ's system is configured to "decode the machine-readable element to decode location information." *See* evidence cited in connection with 1[f]. |
| 1[k] initiate performance of at least one of the one or more available ordered services determined by the services management framework using the decoded location information. | The mobile application of BJ's system is configured to "initiate performance of at least one of the one or more available ordered services determined by the services management framework using the decoded location information." *See* evidence cited in connection with 1[f]. |