# EXHIBIT 8

# Claim Chart for U.S. Patent No. 10,368,188

| Elements | Express Pay |
|---|---|
| 1[pre] A system for identifying location-based services, the system comprising: | To the extent the preamble is limiting, BJ's[1] practices a system for identifying available location-based services.<br><br>**What is ExpressPay?**<br><br>ExpressPay enables Members to scan items to BJ's mobile app as they shop to make checkout even faster. Members pay within the BJ's mobile app, show a QR code receipt at the door, and that's it!<br><br>- ExpressPay is available in the majority of club locations however, participation may vary. To access this feature, simply open the BJ's mobile app and select In-Club Mode.<br>- Digital coupons are available as you shop within the BJ's mobile app as well as within the coupon gallery.<br>- Paper coupons are not available.<br>- ExpressPay may not be used for gift cards, alcohol, cigarettes, propane, appliances, fireworks, security-protected items, or tires.<br>- ExpressPay does not have a feature to allow the member to print a copy of their receipt.<br><br>https://www.bjs.com/help/what-is-express-pay-/#:~:text=ExpressPay%20enables%20Members%20to%20scan%20items%20to%20BJ%27s,majority%20of%20club%20locations%20however%2C%20participation%20may%20vary. |

---

[1] "BJ's," as used in these claim charts, encompasses BJ's servers and/or associated equipment, and/or BJ's users, such as BJ's customers and others that are directed, controlled, and/or instructed to interact with the BJ's mobile app.

1



https://www.bjs.com/content?template=B&espot_main=expresspay.

# Claim Chart for U.S. Patent No. 10,368,188

| | |
|---|---|
| | **Shop** — Download the BJ's App & select "In-Club Mode".     **Scan** — Scan your item's barcode & add it to your cart.     **Checkout** — Pay on the app & show your code on the way out.<br><br>*Id*. |
| 1[a] a mobile application executable on a mobile computing device operated by a user; | BJ's system includes "a mobile application executable on a mobile computing device operated by a user." *See* evidence cited in connection with 1[pre]. |
| 1[b] a database storing one or more previously ordered services associated with the user, wherein the one or more previously ordered services are pending services that are not yet complete due to the services requiring an interaction of the user with a physical facility; | BJ's system includes "a database storing one or more previously ordered services associated with the user, wherein the one or more previously ordered services are pending services that are not yet complete due to the services requiring an interaction of the user with a physical facility."<br><br>For example, BJ's system has a database that stores one or more previously ordered services associated with the user (e.g., "Buy It Again"). The Buy It Again action is not yet complete due to the services requiring an interaction of the user with a physical facility (e.g., "Add to Cart"): |

# Claim Chart for U.S. Patent No. 10,368,188



4

| | |
|---|---|
| | ```
fireCriteoOnViewBeacon:function(t){
    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
        then(function(){n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id})},
        console.info("Fired Criteo OnViewBeacon for "+t.title)}).
        catch(function(n){
            return console.error(n)})
    :console.warn(" Attempted to fire an analytics call to criteo, but\n
        there was no OnViewBeacon provided for this item.")
}
``` |
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[c] a machine-readable element generator associated with a local computing device and located within the physical facility, the machine-readable element generator configured to generate and display a machine-readable element that identifies types of services available to be performed at a location of the machine-readable element, wherein the one or more available types of services are location-based services capable of being performed at a location of the local computing device associated with the | On information and belief, BJ's system includes "a machine-readable element generator associated with a local computing device and located within the physical facility, the machine-readable element generator configured to generate and display a machine-readable element that identifies types of services available to be performed at a location of the machine-readable element, wherein the one or more available types of services are location-based services capable of being performed at a location of the local computing device associated with the machine-readable element."<br><br>For example, BJ's system includes local computing devices located within a facility.<br><br>We, and our service providers, may automatically collect information from you or your devices while you visit or use BJ's Sites, BJ's WiFi, or our Clubs. For example, we might collect certain transaction-related information, your Internet Protocol ("IP") address, device information (for example, device identifiers, operating system and version, application version, language region, and time zone, among others), advertising identifiers, your general location, your browser type, the website that referred you to us, if any, the items you view or place in your shopping cart on BJ's Sites, and movement taken through BJ's Sites. We use a variety of technical methods to automatically collect information, including cookies, web beacons online, and in-store beacons in our Clubs. See the section titled "Information Collected Through Cookies and Web Beacons" below for more information about our online collection of information. |

| | |
|---|---|
| machine-readable element; and | **Do I need to be on the BJ's network?**<br><br>Members need to be connected using either their data plan or BJ's Club Wifi with their location services turned on for better access.<br><br>https://www.bjs.com/content?template=B&espot_main=expresspay.<br><br> |

| | |
|---|---|
| | *Id.*<br><br>BJ's system also includes a machine-readable element generator that generates and displays a machine-readable element that identifies types of services available at a location of the machine-readable element. The available types of services are location-based services capable of being performed at a location of the local computing device associated with the machine-readable element: |

# Claim Chart for U.S. Patent No. 10,368,188



| | |
|---|---|
| | ```
fireCriteoOnViewBeacon:function(t){
    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
        then(function(){n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id}),
        console.info("Fired Criteo OnViewBeacon for "+t.title)}).
        catch(function(n){
            return console.error(n)})
        :console.warn(" Attempted to fire an analytics call to criteo, but\n
            there was no OnViewBeacon provided for this item.")
}
``` <br><br> BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[d] a server communicatively coupled to the database and the mobile application and hosting a services management framework configured to map the one or more previously ordered services to the one or more available types of services to determine one or more available previously ordered services at the location of the machine-readable element, wherein the one or more available previously ordered services are ordered services capable of being performed at the location of the local computing | BJ's system includes "a server communicatively coupled to the database and the mobile application and hosting a services management framework configured to map the one or more previously ordered services to the one or more available types of services to determine one or more available previously ordered services at the location of the machine-readable element, wherein the one or more available previously ordered services are ordered services capable of being performed at the location of the local computing device associated with the machine-readable element." <br><br> ```
case 16:return I.forEach(function(e){O.featuredProductsApiClient.get("https:"+e.OnLoadBeacon)})
``` <br><br> BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. <br><br> We, and our service providers, may automatically collect information from you or your devices while you visit or use BJ's Sites, BJ's WiFi, or our Clubs. For example, we might collect certain transaction-related information, your Internet Protocol ("IP") address, device information (for example, device identifiers, operating system and version, application version, language region, and time zone, among others), advertising identifiers, your general location, your browser type, the website that referred you to us, if any, the items you view or place in your shopping cart on BJ's Sites, and movement taken through BJ's Sites. We use a variety of technical methods to automatically collect information, including cookies, web beacons online, and in-store beacons in our Clubs. See the section titled "Information Collected Through Cookies and Web Beacons" below for more information about our online collection of information. <br><br> *See also* evidence cited in connection with 1[c]. |

| | |
|---|---|
| device associated with the machine-readable element, | |
| 1[e] wherein the mobile application is configured to:<br><br>scan and decode the machine-readable element, the machine-readable element providing the mobile application with an identity of the local computing device associated with the machine-readable element; | The mobile application of BJ's system is configured to "scan and decode the machine-readable element, the machine-readable element providing the mobile application with an identity of the local computing device associated with the machine-readable element."<br><br>For example, this is shown by BJ's source code: |

```
__d(function(g,r,i,a,m,e,d){
    var n=r(d[0]);Object.defineProperty(e,"__esModule",{value:!0}),
    e.default=function(n){return(0,o.connect)(f,l)(n)};
    var t=n(r(d[1])),o=r(d[2]),c=r(d[3]),u=r(d[4]);
    function f(n){
        return{criteo:n.criteo}}
        function l(n){
            return{
                updateCriteoBeacons:function(){
                    console.log('MAPPED DISPATCH TO PROPS')},
                fireRedirectCriteoOnClickBeacon:function(n){
                    return n.productPage?u.bjsApiDataSource.fireCriteoEvent(n.productPage).
                        then(function(){return console.info("Fired Criteo ProductPage for "+n.title)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no productPage/ OnClickBeacon provided for this item.")
                },
                fireCriteoOnClickBeacon:function(n){
                    return n.OnClickBeacon?u.bjsApiDataSource.fireCriteoEvent(n.OnClickBeacon).
                        then(function(){
                            return console.info("Fired Criteo OnClickBeacon for "+n.title)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no productPage/ OnClickBeacon provided for this item.")
                },
                fireOrderConfirmationBeacon:function(n){
                    return t.default.async(function(t){
                        for(;;){
                            switch(t.prev=t.next){
                                case 0:return t.abrupt("return",u.bjsApiDataSource.fireCriteoConfirmationPageView(n).
                                    catch(function(n){return console.error(n)}));
                                case 1:case"end":return t.stop()
                            }
                        }
                    })
                },
                fireCriteoOnViewBeacon:function(t){
                    return t.OnViewBeacon?u.bjsApiDataSource.fireCriteoEvent(t.OnViewBeacon).
                        then(function(){
                            n({type:c.Actions.UPDATE_CRITEO_FEATURED_PRODUCTS_VIEWED,data:t.id}),
                            console.info("Fired Criteo OnViewBeacon for "+t.title)
                        }).
                        catch(function(n){
                            return console.error(n)}):
                        console.warn(" Attempted to fire an analytics call to criteo, but\n
                        there was no OnViewBeacon provided for this item.")
                }
            }
        }
    },
4309,[3,8,634,4256,3413]);
```

| | |
|---|---|
| | BJ's Wholesale Club App Android Package Kit (APK) accessed at https://m.apkpure.com/bj-s-wholesale-club/com.brandingbrand.reactnative.and.bjs. |
| 1[f] identify the one or more available types of services based on the | The mobile application of BJ's system is configured to "identify the one or more available types of services based on the decoded machine readable element." *See* evidence cited in connection 1[e]. |

| | |
|---|---|
| decoded machine readable element; | |
| 1[g] transmit, to the services management framework, the identification of the one or more available types of services so that the services management framework determines one or more available previously ordered services at the location of the machine-readable element; | The mobile application of BJ's system is configured to "transmit, to the services management framework, the identification of the one or more available types of services so that the services management framework determines one or more available previously ordered services at the location of the machine-readable element." *See* evidence cited in connection 1[e]. |
| 1[h] receive, from the services management framework, an indication of the one or more available previously ordered services; | The mobile application of BJ's system is configured to "receive, from the services management framework, an indication of the one or more available previously ordered services." *See* evidence cited in connection 1[e]. |
| 1[i] receive a user selection to initiate performance of at least one of the one or more available previously ordered services; and | The mobile application of BJ's system is configured to "receive a user selection to initiate performance of at least one of the one or more available previously ordered services." *See* evidence cited in connection 1[e]. |
| 1[j] communicate the selected one or more available previously | The mobile application of BJ's system is configured to "communicate the selected one or more available previously ordered services, authentication information, and location identification |

# Claim Chart for U.S. Patent No. 10,368,188

| | |
|---|---|
| ordered services, authentication information, and location identification information to the local computing device to initiate performance of the selected one or more available previously ordered services. | information to the local computing device to initiate performance of the selected one or more available previously ordered services." *See* evidence cited in connection 1[e]. |