# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SAM'S WEST, INC. and<br>WALMART APOLLO, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BJ'S WHOLESALE CLUB<br>HOLDINGS, INC.,<br><br>    Defendant. | :<br>:<br>:  Case No. 6:22-cv-00587<br>:<br>:  JUDGE WENDY W. BERGER<br>:<br>:  MAGISTRATE JUDGE GREGORY J.<br>:  KELLY<br>:<br>:<br>: |

### DEFENDANT BJ'S WHOLESALE CLUB HOLDINGS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, Defendant BJ's Wholesale Club Holdings, Inc. submits the following **Certificate of Interested Persons**:

(1) Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

    a. BJ's Wholesale Club Holdings, Inc.

    b. BJ's Wholesale Club, Inc., a subsidiary of BJ's Wholesale Club Holdings, Inc.

    c. Vorys, Sater, Seymour and Pease LLP

    d. Liana R. Hollingsworth, Esq.

    e. Alycia N. Broz, Esq.

    f. Michael J. Garvin, Esq.

    g. William H. Oldach, III, Esq.

       h. Craig R. Auge, Esq.

       i. Michael V. Messinger, Esq.

       j. Rex W. Miller II, Esq.

       k. Mitchell A. Tobias, Esq.

       l. Aaron M. Williams, Esq.

       m. Emily J. Taft, Esq.

       n. Sam's West, Inc.

       o. Walmart Apollo, LLC

       p. Walmart, Inc.

       q. DLA Piper (US) LLP

       r. Kathryn R. Grasso, Esq.

       s. Ardith Bronson, Esq.

       t. Christian F. Chessman, Esq.

       u. Henry Fildes, Esq.

       v. Patrick Park, Esq.

(2) Each entity with publicly traded shares or debt potentially affected by the outcome;

       a. BJ's Wholesale Club Holdings, Inc.

       b. Walmart, Inc.

(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee; and

       a. None known.

    (4)    Each person arguably eligible for restitution.

        a. None known.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Pursuant to Federal Rule of Civil Procedure 7.1, BJ's Wholesale Club Holdings, Inc. submits the following **Corporate Disclosure Statement**:

BJ's Wholesale Club Holdings, Inc. is a publicly traded Delaware corporation, of which Blackrock, Inc., a publicly held corporation, beneficially owns 10% or more of its stock.

Respectfully submitted,

*/s/ Liana R. Hollingsworth*
Liana R. Hollingsworth (FL# 0076930)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6152
Fax: (216) 937-3406
Email: lrhollingsworth@vorys.com

*Counsel for Defendant BJ's Wholesale Club Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's system. Parties may access this filing through the Court's system.

<i>/s/ Liana R. Hollingsworth</i><br>
Liana R. Hollingsworth (FL# 0076930)