## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

    *Plaintiffs*,

    v.                                       Case No. 6:22-cv-00587-WWB-DAB

BJ'S WHOLESALE CLUB              **JURY TRIAL DEMANDED**
HOLDINGS, INC.,

    *Defendant*.

_____

### **FIRST JOINT STATUS REPORT**

Pursuant to the Court's Order dated June 8, 2022 (Dkt. No. 50), Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs" or "Sam's") and Defendant BJ's Wholesale Club Holdings, Inc. ("Defendant" or "BJ's", and collectively, "the Parties") respectfully submit this First Joint Status Report.

On June 13, 2022, Plaintiffs filed their First Amended Complaint (Dkt. No. 52). On June 20, 2022, the Parties served their respective initial disclosures. Also on June 20, 2022, Plaintiffs served their Preliminary Disclosure of Asserted Claims and Infringement Contentions to BJ's Wholesale Club Holdings, Inc. The Parties have each propounded one set of Interrogatories and Requests for Production, and Plaintiffs have propounded one set of Requests for Admission to Defendant.

1

As set forth in the Parties' Joint Notice of Mediation being filed herewith, the Parties have agreed on a mediator, subject to his availability.

| | |
|---|---|
| Dated: June 27, 2022 | Respectfully submitted, |
| /s/ Ardith Bronson<br>Ardith Bronson (FBN 423025)<br>**DLA Piper LLP (US)**<br>200 South Biscayne Blvd., Ste. 2500<br>Miami, FL 33131<br>Tel: (305) 423-8500<br>Email: ardith.bronson@dlapiper.com<br><br>Kathryn Riley Grasso (*pro hac vice*)<br>Christian Chessman (*pro hac vice*)<br>Henry R. Fildes (*pro hac vice*)<br>**DLA Piper LLP (US**)<br>500 Eighth Street NW<br>Washington, DC 20004<br>Tel: (202) 799-4000<br>Email: kathryn.riley@dlapiper.com<br>Email: christian.chessman@dlapiper.com<br>Email: henry.fildes@dlapiper.com<br><br>Patrick Park (*pro hac vice*)<br>**DLA Piper LLP (US)**<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Tel: (310) 595-3000<br>Email: patrick.park@dlapiper.com<br><br>***Attorneys for Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC*** | /s/ Liana R. Hollingsworth<br>Liana R. Hollingsworth (FL# 0076930)<br>Michael J. Garvin (*pro hac vice*)<br>Aaron M. Williams (*pro hac vice*)<br>200 Public Square, Suite 1400<br>Cleveland, OH 44114<br>Phone: (216) 479-6152<br>Fax: (216) 937-3406<br>Email:<br>lrhollingsworth@vorys.com<br>mjgarvin@vorys.com<br>amwilliams@vorys.com<br><br>Alycia N. Broz (*pro hac vice*)<br>Rex W. Miller (*pro hac vice*)<br>Mitchell A. Tobias (*pro hac vice*)<br>Emily J. Taft (*pro hac vice*)<br>52 East Gay Street<br>Columbus, OH 43215<br>Phone: (614) 464-6400<br>Fax: (614) 464-6350<br>Email:<br>anbroz@vorys.com<br>rwmiller@vorys.com<br>matobias@vorys.com<br>ejtaft@vorys.com<br><br>William H. Oldach (*pro hac vice*)<br>Michael V. Messinger (*pro hac vice*)<br>1909 K Street NW, Suite 900<br>Washington, D.C. 20006<br>Phone: (202) 467-8800<br>Fax: (202) 467-8900<br>Email:<br>wholdach@vorys.com<br>mvessinger@vorys.com |

*Counsel for Defendant*
*BJ's Wholesale Club Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 27, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail.

*/s/ Ardith Bronson*
Ardith Bronson
DLA Piper LLP (US)
