**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC

*Plaintiffs*,

v.

BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

*Defendant*.
_________________________________/

Case No. 6:22-cv-00587-WWB-RMN

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION TO WITHDRAW JOEL C. LIN AS COUNSEL OF RECORD**

Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs") respectfully move to withdraw Joel Chao-Iee Lin as counsel of record for Plaintiffs in the above-captioned case. Mr. Lin will shortly be joining the law firm of Gish PLLC, and on this basis, is leaving the law firm of DLA Piper LLP (US). Plaintiffs will continue to be represented by all counsel who have appeared and DLA Piper, and consent to Mr. Lin's withdrawal. Defendant does not oppose Plaintiffs' Request.

Dated: January 16, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Joel C. Lin*
Joel C. Lin

Kathryn Riley Grasso (admitted *pro hac vice*)
Henry R. Fildes (admitted *pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Email: kathryn.riley@us.dlapiper.com
Email: henry.fildes@us.dlapiper.com

Ardith Bronson (FBN 423025)
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131
Tel: (305) 423-8500
Fax: (305) 437-8131
Email: ardith.bronson@us.dlapiper.com

Benjamin Yaghoubian (admitted *pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA
Tel: (310) 595-3000
Fax: (310) 595-3300
Email: benjamin.yaghoubian@us.dlapiper.com

Joel Chao-Iee Lin (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York
10020-1104
Tel: (212) 335-4558
Fax: (212) 884-8557
Email: joel.lin@us.dlapiper.com

***Attorneys for Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC***

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that pursuant to local rule 3.01(g), counsel for Plaintiff Sam's West, Inc. and Walmart Apollo, LLC contacted counsel for Defendant BJ Wholesale Club Holdings Inc. via email on January 12, 2024 and counsel for Defendant BJ's Wholesale Club Holdings, Inc. confirmed that Defendant does not oppose this motion.

*/s/ Joel C. Lin*
Joel C. Lin

**CERTIFICATE OF SERVCE**

The undersigned hereby certifies that on January 16, 2024, a true and correct copy of the above document was filed via the Court's CM/ECF electronic filing system, which served the document on counsel of record who have appeared and consented to electronic service.

*/s/ Joel C. Lin*
Joel C. Lin