UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

*Plaintiffs*,

v.                                                                          Case No. 6:22-cv-00587-WWB-RMN

BJ'S WHOLESALE CLUB                                    **JURY TRIAL DEMANDED**
HOLDINGS, INC.,

*Defendant*.

_____

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 31, 2023 (Dkt. No. 131), Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs" or "Sam's") and Defendant BJ's Wholesale Club Holdings, Inc. ("Defendant" or "BJ's") (collectively, "the Parties") respectfully submit this Joint Status Report.

The Patent Trial and Appeal Board has issued Final Written Decisions in all five of the instituted IPRs. ECF No. 138. The PTAB determined that all claims challenged as to the '435 Patent are unpatentable and that no claims challenged as to the '187 and '188 Patents are unpatentable. *Id.* Sam's timely appealed the Final Written Decisions in all three of the '435 Patent IPR proceedings to the Federal Circuit. ECF No. 139-1, 139-2, 139-3.

On June 12, 2024, BJ's filed a motion to lift the stay (ECF No. 139) and Sam's filed its opposition on June 26, 2024 (ECF No. 141). The Court has not yet made any rulings on Defendant's motion.

1

Dated:  March 25, 2025

*/s/  Kathryn Riley Grasso*
Ardith Bronson (FBN 423025)
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, FL 33131
Tel: (305) 423-8500
Email: ardith.bronson@dlapiper.com

Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Email: kathryn.riley@dlapiper.com
christian.chessman@dlapiper.com
henry.fildes@dlapiper.com

Patrick Park (*pro hac vice*)
Ben Yaghoubian (*pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Email: patrick.park@dlapiper.com

Isaku Begert (*pro hac vice*)
444 W Lake St, Suite 900
Chicago, IL 60606
Tel: 312-368-4053
Email: isaku.begert@us.dlapiper.com

**Attorneys for Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC**

Respectfully submitted,

*/s/  William H. Oldach III*
Liana R. Hollingsworth (FL# 0076930)
Michael J. Garvin (*pro hac vice*)
Aaron M. Williams (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6152
Fax: (216) 937-3406
Email: lrhollingsworth@vorys.com
         mjgarvin@vorys.com
         amwilliams@vorys.com

Alycia N. Broz (*pro hac vice*)
Rex W. Miller II (*pro hac vice*)
Mitchell A. Tobias (*pro hac vice*)
Emily J. Taft (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Phone: (614) 464-6400
Fax: (614) 464-6350
Email: anbroz@vorys.com
         rwmiller@vorys.com
         matobias@vorys.com
         ejtaft@vorys.com

William H. Oldach III (*pro hac vice*)
Michael V. Messinger (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
1909 K Street NW, Suite 900
Washington, D.C. 20006
Phone: (202) 467-8800
Fax: (202) 467-8900
Email: wholdach@vorys.com
         mvmessinger@vorys.com

**Counsel for Defendant
BJ's Wholesale Club Holdings, Inc.**

1618803228

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 25, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail.

*/s/ Kathryn R. Grasso*
Kathryn R. Grasso (*pro hac vice*)

1618803228