**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

*Plaintiffs,*

v. Case No. 6:22-cv-00587-WWB-RMN

BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

*Defendant.*
______________________________________/

# NOTICE OF APPEARANCE

Alan Lawson, of the law firm Lawson Huck Gonzalez, PLLC, hereby appears as counsel for Plaintiffs, SAM'S WEST, INC. and WALMART APOLLO, LLC, in the above-styled matter. Please direct a copy of all future documents, pleadings, and correspondence to the address and email addresses indicated below.

Dated: November 21, 2025

Respectfully Submitted,

*/s/ Alan Lawson*

Alan Lawson (FBN: 709591)
**Lawson Huck Gonzalez, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, Fl 32301
850-825-4334
alan@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on November 21, 2025 to all counsel of record.

*/s/ Alan Lawson*
Attorney