**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

*Plaintiffs*,

v.

Case No. 6:22-cv-00587-AGM-RMN

BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

**JURY TRIAL DEMANDED**

*Defendant*.

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 31, 2023 (Dkt. No. 131), Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs") and Defendant BJ's Wholesale Club Holdings, Inc. ("BJ's") respectfully submit this Joint Status Report.

There have been no updates to report since the last joint status report filed on November 20, 2025. ECF No. 151. As it stands, the Patent Trial and Appeal Board has issued Final Written Decisions in all five of the instituted IPRs. ECF No. 138. The PTAB determined that all claims challenged as to the '435 Patent are unpatentable and that no claims challenged as to the '187 and '188 Patents are unpatentable. *Id*. Plaintiffs timely appealed the Final Written Decisions in all three of the '435 Patent IPR proceedings to the Federal Circuit. ECF No. 139-1, 139-2, 139-3.

On June 12, 2024, BJ's filed a motion to lift the stay (ECF No. 139). Plaintiffs filed their opposition on June 26, 2024 (ECF No. 141). On October 8, 2025, the Court denied Defendant's motion. (ECF No. 150. )

Dated: January 20, 2026

Respectfully submitted,


*/s/ Elizabeth A. DiMarco*
Elizabeth A. DiMarco (*pro hac vice*)
Suresh S. Rav (*pro hac* vice)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 571-5001
Elizabeth.DiMarco@wolfgreenfield.com
Suresh.Rav@WolfGreenfield.com

John W. Custer (*pro hac* vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue, 23rd Floor
Boston, MA 02210
Tel: (617) 646-8000
John.Custer@wolfgreenfield.com

Alan Lawson (FBN: 709591)
Lawson Huck Gonzalez, PLLC
101 E. College Avenue, 5th Floor
Tallahassee, Fl 32301
Tel: (850) 825-4334
alan@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

Ardith Bronson (FBN 423025)
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, FL 33131
Tel: (305) 423-8500
Email: ardith.bronson@dlapiper.com

Kathryn Riley Grasso (*pro hac vice*)
Henry R. Fildes (*pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Email: kathryn.riley@dlapiper.com
henry.fildes@dlapiper.com

*/s/ William H. Oldach III*
Liana R. Hollingsworth (FL# 0076930)
Aaron M. Williams (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
Phone: (216) 479-6152
Fax: (216) 937-3406
Email: lrhollingsworth@vorys.com
amwilliams@vorys.com

Alycia N. Broz (*pro hac vice*)
Rex W. Miller II (*pro hac vice*)
Mitchell A. Tobias (*pro hac vice*)
Emily J. Taft (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Phone: (614) 464-6400
Fax: (614) 464-6350
Email: anbroz@vorys.com
rwmiller@vorys.com
matobias@vorys.com
ejtaft@vorys.com

William H. Oldach III (*pro hac vice*)
Michael V. Messinger (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
1909 K Street NW, Suite 900
Washington, D.C. 20006
Phone: (202) 467-8800
Fax: (202) 467-8900
Email: wholdach@vorys.com
mvmessinger@vorys.com

***Counsel for Defendant***
***BJ's Wholesale Club Holdings, Inc.***

Patrick Park (*pro hac vice*)
Ben Yaghoubian (*pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400
North Tower
Los Angeles, CA 90067
Tel: (310) 595-3000
Email: patrick.park@dlapiper.com

Isaku Begert (*pro hac vice*)
444 W Lake St, Suite 900
Chicago, IL 60606
Tel: 312-368-4053
Email: isaku.begert@us.dlapiper.com

***Counsel for Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 20, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail.

*/s/ William H. Oldach III*
William H. Oldach III (*pro hac vice*)