**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC

*Plaintiffs*,

v.

BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

*Defendant*.
____________________________________/

Case No. 6:22-cv-00587-WWB-RMN

**JURY TRIAL DEMANDED**

**<u>UNOPPOSED MOTION TO WITHDRAW DLA PIPER LLP AS ATTORNEYS OF RECORD</u>**

Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs") respectfully move to withdraw DLA Piper LLP and its attorneys Ardith Bronson, Kathryn Riley Grasso, Benjamin Yaghoubian, Henry Fildes, and Isaku Begert, as counsel of record for Plaintiffs in the above-captioned case. DLA Piper will no longer be representing Plaintiffs. Plaintiffs will now be represented by Wolf Greenfield & Sacks P.C., and have consented to DLA Piper LLP's and its attorneys' withdrawal. Defendant does not oppose Plaintiffs' Request.

Dated: February 27, 2026 Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Kathryn Riley Grasso*

Kathryn Riley Grasso (admitted *pro hac vice*)
Henry R. Fildes (admitted *pro hac vice*)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004
Tel: (202) 799-4000
Fax: (202) 799-5000
Email: kathryn.riley@us.dlapiper.com
Email: henry.fildes@us.dlapiper.com

Ardith Bronson (FBN 423025)
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131
Tel: (305) 423-8500
Fax: (305) 437-8131
Email: ardith.bronson@us.dlapiper.com

Benjamin Yaghoubian (admitted *pro hac vice*)
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA
Tel: (310) 595-3000
Fax: (310) 595-3300
Email: benjamin.yaghoubian@us.dlapiper.com

***Attorneys for Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC***

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that pursuant to local rule 3.01(g), counsel Wolf Greenfield & Sacks PC for Plaintiff Sam's West, Inc. and Walmart Apollo, LLC contacted counsel for Defendant BJ Wholesale Club Holdings Inc. via email on February 2, 2026 and counsel for Defendant BJ's Wholesale Club Holdings, Inc. confirmed that Defendant does not oppose this motion.

*/s/ Kathryn Riley Grasso*
Kathryn Riley Grasso

## CERTIFICATE OF SERVCE

The undersigned hereby certifies that on February 27, 2026, a true and correct copy of the above document was filed via the Court's CM/ECF electronic filing system, which served the document on counsel of record who have appeared and consented to electronic service.

*/s/ Kathryn Riley Grasso*
Kathryn Riley Grasso