**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

*Plaintiffs*,

v. Case No. 6:22-cv-00587-AGM-RMN

BJ'S WHOLESALE CLUB
HOLDINGS, INC.,

*Defendant*.

______________________________

**NOTICE OF APPEARANCE FOR PLAINTIFFS**

Eric C. Reed, Esq., of the law firm Lawson Huck Gonzalez, PLLC, hereby appears as counsel for Plaintiffs, SAM'S WEST, INC. and WALMART APOLLO, INC., in the above-styled matter. All further pleadings, orders, etc., are to be served upon the undersigned attorney using eric@lawsonhuckgonzalez.com, ashley@lawsonhuckgonzalez.com and kim@lawsonhuckgonzalez.com in accordance with Middle District Local Rule 2.02(a).

Dated: May 28, 2026.

Respectfully Submitted,

/s/ *Eric C. Reed*
Eric C. Reed, Esq. (FBN: 0557161)
**LAWSON HUCK GONZALEZ, PLLC**
111 W. Jefferson Street, Suite 100
Orlando, FL 32801
Phone: (407) 710-9950
eric@lawsonhuckgonzalez.com
ashley@lawsonhuckgonzalez.com
kim@lawsonhuckgonzalez.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Middle District of Florida CM/ECF filing system with a copy of said document being served to all parties of record on May 28, 2026.

*/s/ Eric C. Reed*
Attorney