**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAM'S WEST, INC. and
WALMART APOLLO, LLC,

*Plaintiffs*,

v.                                                                 Case No. 6:22-cv-00587-AGM-RMN

BJ'S WHOLESALE CLUB                              **JURY TRIAL DEMANDED**
HOLDINGS, INC.,

*Defendant*.

_____

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 31, 2023 (Dkt. No. 131), Plaintiffs Sam's West, Inc. and Walmart Apollo, LLC ("Plaintiffs") and Defendant BJ's Wholesale Club Holdings, Inc. ("BJ's") respectfully submit this Joint Status Report.

On April 13, 2026, the Federal Circuit issued an order affirming the PTAB's Final Written Decisions in all three IPR proceedings regarding the '435 Patent. Plaintiffs have not sought further review of the Federal Circuit's order. At this time, there are no further proceedings or pending appeals involving the currently asserted patents.

On June 17, 2026, the parties conferred on a schedule to lift the stay and resume the pending district court litigation. Plaintiffs confirmed that they will amend the complaint to withdraw the counts asserting the '435 Patent in view of the Federal Circuit's order affirming the PTAB's Final Written Decisions. The parties also reached agreement for the timing of Plaintiffs' amendment. The parties have agreed that, once the Court issues an order lifting the stay, Plaintiffs would have 45 days to file an amended complaint. The

parties further agree that BJ's would then have 45 days to answer or otherwise respond.

Following the lift of the stay, the parties will further confer and submit to the Court a joint

proposal for a new Scheduling Order.

Dated: June 22, 2026                              Respectfully submitted,

*/s/ Elizabeth A. DiMarco*                        */s/ William H. Oldach III*
Elizabeth A. DiMarco (*pro hac vice*)             Liana R. Hollingsworth (FL# 0076930)
Suresh S. Rav (*pro hac* vice)                    Aaron M. Williams (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.                    Vorys, Sater, Seymour and Pease LLP
601 Massachusetts Avenue, NW                      200 Public Square, Suite 1400
Washington, DC 20001                              Cleveland, OH 44114
Tel: (202) 571-5001                               Phone: (216) 479-6152
Elizabeth.DiMarco@wolfgreenfield.com              Fax: (216) 937-3406
Suresh.Rav@WolfGreenfield.com                     Email: lrhollingsworth@vorys.com
                                                  amwilliams@vorys.com
John W. Custer (*pro hac* vice)
WOLF, GREENFIELD & SACKS, P.C.                    Alycia N. Broz (*pro hac vice*)
600 Atlantic Avenue, 23rd Floor                   Rex W. Miller II (*pro hac vice*)
Boston, MA 02210                                  Mitchell A. Tobias (*pro hac vice*)
Tel: (617) 646-8000                               Vorys, Sater, Seymour and Pease LLP
John.Custer@wolfgreenfield.com                    52 East Gay Street
                                                  Columbus, OH 43215
Alan Lawson (FBN: 709591)                         Phone: (614) 464-6400
Lawson Huck Gonzalez, PLLC                        Fax: (614) 464-6350
101 E. College Avenue, 5th Floor                  Email: anbroz@vorys.com
Tallahassee, Fl 32301                             rwmiller@vorys.com
Tel: (850) 825-4334                               matobias@vorys.com
alan@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com
leah@lawsonhuckgonzalez.com

**Counsel for Plaintiffs Sam's West,**           William H. Oldach III (*pro hac vice*)
**Inc. and Walmart Apollo, LLC**                 Michael V. Messinger (*pro hac vice*)
                                                  Vorys, Sater, Seymour and Pease LLP
                                                  1909 K Street NW, Suite 900
                                                  Washington, D.C. 20006
                                                  Phone: (202) 467-8800
                                                  Fax: (202) 467-8900
                                                  Email: wholdach@vorys.com
                                                  mvmessinger@vorys.com

                                                  **Counsel for Defendant**
                                                  **BJ's Wholesale Club Holdings, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on June 22, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by electronic mail.

*/s/ Elizabeth A. DiMarco*
Elizabeth A. DiMarco (*pro hac vice*)